UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OMAR RODRIGUEZ-GUIZAMANO,

    Petitioner,

v.

    Case No.: 8:13-cv-681-T-24-TBM
    Case No.: 8:07-cr-404-T-24-TBM

UNITED STATES OF AMERICA,

    Respondent.
_____/

**ORDER**

This cause comes before the Court on Petitioner Omar Rodriguez-Guizamano's Motion for Certificate of Appealability ("COA") and Motion for Leave to Proceed In Forma Pauperis. (CV Doc. No. 4, 5). Petitioner seeks to appeal the denial of his § 2255 motion.

**I.   Motion for COA**

A prisoner pursuing a motion to vacate has no absolute entitlement to appeal a district court's denial of his motion. 28 U.S.C. § 2253(c)(1). Rather, a district court must first issue a COA. Id. "A [COA] may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." Id. at § 2253(c)(2). To make such a showing, Petitioner "must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," Tennard v. Dretke, 542 U.S. 274, 282 (2004) (quoting Slack v. McDaniel 529 U.S. 473, 484 (2000)), or that "the issues presented were 'adequate to deserve encouragement to proceed further,'" Miller-El v. Cockrell, 537 U.S. 322, 335-36 (2003) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 n.4 (1983)). Petitioner has not made the requisite showing in these circumstances.

### II. Motion for Leave to Proceed In Forma Pauperis

In the instant motion, Petitioner asks for leave to proceed on appeal in forma pauperis, despite the Court's prior denial of the same when the Court denied his § 2255 motion. (Doc. No. 2). As such, the Court denies the instant motion to appeal in forma pauperis for the same reasons as set forth in the Court's prior order. (Doc. No. 2).

### III. Conclusion

Accordingly, it is ORDERED AND ADJUDGED that:

(1)   Petitioner's Motion for Certificate of Appealability (CV Doc. No. 4) is **DENIED**.

(2)   Petitioner's Motion for Leave to Proceed In Forma Pauperis (CV Doc. No. 5) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 3rd day of May, 2013.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
All Parties and Counsel of Record